**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Soundview Preparatory School |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)

   13-3516633

4. **Debtor's address**

   **Principal place of business**

   370 Underhill Avenue
   Number        Street

   _____

   Yorktown Heights        NY        10598
   City                State        ZIP Code

   Westchester County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City                State        ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number        Street

   _____

   _____
   City                State        ZIP Code

5. **Debtor's website** (URL)    www.soundviewprep.org

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding  LLP)
   - ☐ Other. Specify: _____

Debtor   Soundview Preparatory School                                          Case number *(if known)* _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

8211____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                    MM / DD / YYYY

           District _____   When _____   Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

           District _____   When _____
                                            MM / DD / YYYY

           Case number, if known _____

| Debtor | Soundview Preparatory School | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Note: Item 15 — ☑ $1,000,001-$10 million

| Debtor | Soundview Preparatory School | Case number (if known)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/19/2020
MM  / DD / YYYY

✘ /s/ Kelly Fairweather                        Kelly Fairweather
Signature of authorized representative of debtor          Printed name

Title  Chair of the Board of Trustees

**18. Signature of attorney**

✘ /s/ Erica Aisner                        Date  08/19/2020
Signature of attorney for debtor              MM   / DD / YYYY

Erica Aisner
Printed name
Kirby Aisner & Curley LLP
Firm name
700 Post Road Suite 237
Number        Street
Scarsdale                        NY        10583
City                              State      ZIP Code

(914) 401-9500                    eaisner@kacllp.com
Contact phone                     Email address

4106084                          NY
Bar number                       State

---

**Fill in this information to identify the case:**

Debtor name ___ Soundview Preparatory School ___

United States Bankruptcy Court for the: ___ Southern District of New York ___
(State)

Case number (If known): ___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................

   $ 2,850,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................

   $ 50,763.77

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................

   $ 2,900,763.77

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   $ 2,252,194.63

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................

   $ 381,362.88

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................................

   **+**$ 206,480.59

4. **Total liabilities**...................................................................................................
   Lines 2 + 3a + 3b

   $ 2,840,038.10

---

**Fill in this information to identify the case:**

Debtor name ___Soundview Preparatory School___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mary Ivanyi 101 Fairway Green Mamaroneck, NY, 10543 | | | | | | 121,042.00 |
| 2 | Bank of America PO Box 15796 Wilmington, DE, 19886-5796 | | Credit Card Debt | | | | 47,840.88 |
| 3 | Stacy DeBonis & John Giordano 3 Thorne Place Rye, NY, 10580 | | Other | | | | 20,756.00 |
| 4 | Madeleine Glick 22 Berrybush Lane Hastings on Hudson, NY, 10706 | | Other | | | | 20,756.00 |
| 5 | Marie-Claire & Michael Flynn 127 Harwood Avenue Sleepy Hollow, NY, 10591 | | Other | | | | 20,089.00 |
| 6 | Bonnie & Scott Silver 64 Sprucetop Drive Mahopac, NY, 10541-7002 | | Other | | | | 19,978.00 |
| 7 | Diane Cassara-Smith 7 Carriage Court Scarsdale, NY, 10583 | | Other | | | | 19,978.00 |
| 8 | Rosaria & John Iannacito 11 Gainsborough Road Scarsdale, NY, 10563-4811 | | Other | | | | 19,978.00 |

| Debtor | Soundview Preparatory School | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Deborah & James Notis<br>12 Vista Court<br>Pleasantville, NY, 10570 | | Other | | | | 19,978.00 |
| 10 | Michael Lubin<br>53 Carthage Road<br>Scarsdale, NY, 10583 | | Other | | | | 19,533.00 |
| 11 | Lisa A. Cardile<br>42 Hunt Farm Road<br>Waccabuck, NY, 10597-1102 | | Other | | | | 19,200.00 |
| 12 | Gale & R. George Roberts<br>269 Bryant Avenue<br>White Plains, NY, 10605 | | Other | | | | 19,200.00 |
| 13 | Hsiao-Li Chou & John Kaufman<br>6 Hudson Terrace<br>Dobbs Ferry, NY, 10522-2104 | | Other | | | | 19,200.00 |
| 14 | Christina Lai & Craig Elkind<br>58 Close Road<br>Greenwich, CT, 6831 | | Other | | | | 19,200.00 |
| 15 | Linda Holden-Bryant & Jay Bryant<br>70 Undercliff Street<br>Yonkers, NY, 10706 | | Other | | | | 19,200.00 |
| 16 | Rachel & Jeffrey Silva<br>24 Putney Road<br>Baldwin Place, NY, 10505 | | Other | | | | 18,667.00 |
| 17 | Ava & Benjamin Kahr<br>22 Western Drive<br>Ardsley, NY, 10502 | | Other | | | | 14,089.00 |
| 18 | Sprague Energy Solutions<br>PO Box 5272<br>Attn: Service Invoices<br>new York, NY, 10008-5272 | | Suppliers or Vendors | | | | 12,456.00 |
| 19 | Elizabeth Mallon & Gerard Buckley<br>100 Austin Road<br>Mahopac, NY, 10541 | | Other | | | | 9,222.00 |
| 20 | Silvio. R. J. Landscaping Inc.<br>PO Box 337<br>Mount Kisco, NY, 10549 | | Suppliers or Vendors | | | | 6,800.00 |

**Fill in this information to identify the case:**

Debtor name  Soundview Preparatory School

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | Checking | 3  1  5  0 | $ 1,072.85 |
| 3.2. See continuation sheet | | | $ 49,690.92 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $ _____
   4.2. _____   $ _____

5. **Total of Part 1**   $ 50,763.77

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $ _____
   7.2. _____   $ _____

| Debtor | Soundview Preparatory School | Case number (if known)_____ |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ........➔  $_____
                           face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     _____ – _____ = ........➔  $_____
                           face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.            $_____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                              $_____

---

| Debtor | Soundview Preparatory School | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

---

| Debtor | Soundview Preparatory School | Case number (if known)_____ |
|---|---|---|
| | Name | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** Miscellaneous Desks, Tables, Chairs - Built-ins, Appliances, and Miscellaneous Maintenance Tools . | $_____ | _____ | $ Unknown |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** 30 Desktop computers and other technology (2013) | $_____ | _____ | $ Unknown |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____
         Soundview Preparatory School
         Name

Case number (*if known*)_____

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | | $_____ |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page 5

Debtor   Soundview Preparatory School

Name

Case number (*if known*)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Improved Real Property  located at:<br>370 Underhill Road,<br>Yorktown Heights, NY | | $_____ | Contract of Sale | $  2,850,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2,850,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☑ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>www.soundviewprep.org | $_____ | _____ | $  0.00 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor   Soundview Preparatory School
         Name

Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____

Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____   Case number (*if known*)_____

Soundview Preparatory School

Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 50,763.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................. ➜ | | $ 2,850,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 50,763.77 | + 91b. $ 2,850,000.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.  2,900,763.77  ....................................................................................   $ 2,900,763.77

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page 8

| Debtor 1 | Soundview Preparatory School | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

3) Checking, savings, money market, or financial brokerage accounts

**First Republic Bank**          Checking                    6466

**Balance: 49,658.16**

**Bank of American**            Checking                    4726
**Business Investment**

**Balance: 32.76**

**Putnam County Bank**          Savings

**Balance: 0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Soundview Preparatory School |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Bank of America | **Describe debtor's property that is subject to a lien**<br>Improved Real Property  located at:<br>370 Underhill Road,<br>Yorktown Heights, NY | $ 2,250,000.00 | $ 2,850,000.00 |

**Creditor's mailing address**
343 Main Street
Danbury, CT 06810

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

Bank of America, 1st; County of Westchester Industrial Development

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** Creditor's name<br>County of Westchester Industrial Development Agency | **Describe debtor's property that is subject to a lien**<br>Improved Real Property  located at:<br>370 Underhill Road,<br>Yorktown Heights, NY | $0.00 | $2,850,000.00 |
|---|---|---|---|

**Creditor's mailing address**
148 Martine Avenue
Room 903, White Plains, NY 10601

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 2,252,194.63

Debtor __Soundview Preparatory School_____    Case number _(if known)_____
          Name

## Part 1:    Additional Page

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** | **Creditor's name**
Town of Yorktown - Water Bill

**Describe debtor's property that is subject to a lien**

Improved Real Property located at:
370 Underhill Road,
Yorktown Heights, NY

$2,194.63        $2,850,000.00

**Creditor's mailing address**

Yorktown Heights, NY 10598

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.___** | **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____        $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor ___Soundview Preparatory School_____     Case number (*if known*)_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Buchanan Ingersoll & Rooney PC<br>501 Grant Street, Ste 200<br>Attn: Christopher Schueller, Esq.<br>Pittsburgh, PA, 15219-4413 | Line 2. _1_ | _____ |
| Michael Curti, Esq.<br>Harris Beach PLLC<br>445 Hamilton Avenue<br>White Plains, NY, 10601 | Line 2. _2_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

Fill in this information to identify the case:

Debtor _____Soundview Preparatory School_____

United States Bankruptcy Court for the: _Southern District of New York_

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Andrea Ayala Flores
9 Rochambeau Drive, Apt. 9F
Yorktown Heights, NY, 10598

As of the petition filing date, the claim is: $ 987.00     $ 987.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Contributions to employee benefits

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5  )

**2.2** Priority creditor's name and mailing address
Ava & Benjamin Kahr
22 Western Drive

Ardsley, NY, 10502

As of the petition filing date, the claim is: $ 14,089.00     $ 2,850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
Bonnie & Scott Silver
64 Sprucetop Drive

Mahopac, NY, 10541-7002

As of the petition filing date, the claim is: $ 19,978.00     $ 2,850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____Soundview Preparatory School_____    Case number *(if known)*_____
            Name

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** | Priority creditor's name and mailing address

Christina Lai & Craig Elkind
58 Close Road

Greenwich, CT, 6831

$ 19,200.00    $ 2,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.5** | Priority creditor's name and mailing address
Craig Colavito
21 Maples Avenue

Chappaqua, NY, 10514

$ 137.50    $ 137.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Contributions to employee benefits

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )**

---

**2.6** | Priority creditor's name and mailing address
Deborah & James Notis
12 Vista Court

Pleasantville, NY, 10570

$ 19,978.00    $ 2,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.7** | Priority creditor's name and mailing address
Diane Cassara-Smith
7 Carriage Court

Scarsdale, NY, 10583

$ 19,978.00    $ 2,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Debtor _Soundview Preparatory School_____
        Name

Case number _(if known)_____

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address

Elizabeth Mallon & Gerard Buckley
100 Austin Road

Mahopac, NY, 10541

$ 9,222.00      $ 2,850.00

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.9** Priority creditor's name and mailing address

Gale & R. George Roberts
269 Bryant Avenue

White Plains, NY, 10605

$ 19,200.00      $ 2,850.00

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.10** Priority creditor's name and mailing address

Hsiao-Li Chou & John Kaufman
6 Hudson Terrace

Dobbs Ferry, NY, 10522-2104

$ 19,200.00      $ 2,850.00

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.11** Priority creditor's name and mailing address

John McArthur
520 N. Terrace Avenue Unit 1L

Mount Vernon, NY, 10552

$ 5,408.38      $ 5,408.38

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Contributions to employee benefits

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

Debtor _____Soundview Preparatory School_____   Case number (if known)_____
          Name

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.** 12  **Priority creditor's name and mailing address**

Katrine Bangsgaard  & William Kline Jr.

1109 Davenport Lane

Yorktown Heights, NY, 10598

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 389.00   Priority amount: $ 389.00

---

**2.** 13  **Priority creditor's name and mailing address**
Kimberly Panzanaro
1480 Riverview Avenue

Peekskill, NY, 10566-4811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 167.00   Priority amount: $ 167.00

---

**2.** 14  **Priority creditor's name and mailing address**
Linda Holden-Bryant & Jay Bryant
70 Undercliff Street

Yonkers, NY, 10706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 19,200.00   Priority amount: $ 2,850.00

---

**2.** 15  **Priority creditor's name and mailing address**
Lisa A. Cardile
42 Hunt Farm Road

Waccabuck, NY, 10597-1102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 19,200.00   Priority amount: $ 2,850.00

---

Debtor    Soundview Preparatory School _____    Case number *(if known)*_____
      Name

| Part 1. | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.** 16 **Priority creditor's name and mailing address**
Madeleine Glick
22 Berrybush Lane

Hastings on Hudson, NY, 10706

$ 20,756.00      $ 2,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.** 17 **Priority creditor's name and mailing address**
Marie-Claire & Michael Flynn
Michael Lubin
127 Harwood Avenue

Sleepy Hollow, NY, 10591

$ 20,089.00      $ 2,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.** 18 **Priority creditor's name and mailing address**
Michael Lubin
53 Carthage Road

Scarsdale, NY, 10583

$ 19,533.00      $ 2,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.** 19 **Priority creditor's name and mailing address**
Rachel & Jeffrey Silva
24 Putney Road

Baldwin Place, NY, 10505

$ 18,667.00      $ 2,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    Soundview Preparatory School
          Name                                            Case number (if known)

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.20**  Priority creditor's name and mailing address

Rosaria & John Iannacito
11 Gainsborough Road

Scarsdale, NY, 10563-4811

$ 19,978.00    $ 2,850.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.21**  Priority creditor's name and mailing address

Shandizet & Kenny Lopez
3483 Old Compond Road

Yorktown Heights, NY, 10598

$ 375.00    $ 375.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.22**  Priority creditor's name and mailing address

Stacy DeBonis & John Giordano
3 Thorne Place

Rye, NY, 10580

$ 20,756.00    $ 2,850.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.23**  Priority creditor's name and mailing address

Tom Curley
55 East Street

South Salem, NY, 10590

$ 5,475.00    $ 5,475.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

**Basis for the claim:**
Contributions to employee benefits

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Soundview Preparatory School
        Name                                                    Case number (if known)

---

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.²⁴ Priority creditor's name and mailing address**

Tom Curley
55 East Street
South Salem, NY, 10590

$68,500.00    $8,175.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.²⁵ Priority creditor's name and mailing address**

Vanessa Wassenar
134 Wayforest Drive
Venice, FL, 34292

$900.00    $900.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2._ Priority creditor's name and mailing address**

$_____    $_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._ Priority creditor's name and mailing address**

$_____    $_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Soundview Preparatory School
_____
Name                                          Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
ADP Payroll Service
1266 E. Main Street

Stamford, CT, 06902

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 111.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Andy Neuberger
44 Old Roaring Brook Road

Mt. Kisco, NY, 10549

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 600.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Bank of America
PO Box 15796

Wilmington, DE, 19886-5796

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 47,840.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Bronx Design Group
2914 Westchester Avenue

Bronx, NY, 10461

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 212.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Canon Financial Services, Inc.
13824 Collection Center Drive

Chicago, IL, 60693-0138

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment Lease Arrears

$ 2,547.57

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Canon Solutions America, Inc.
15004 Collections Center Drive

Chicago, IL, 60693-0150

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Maintenance

$ 1,927.14

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  Soundview Preparatory School
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Cintas Corporation #781
LOC 781
PO Box 630803
cincinnati, OH, 45263-0803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 522.35

---

**3.8** Nonpriority creditor's name and mailing address

College Board
12192 Collection Center Drive

Chicago, IL, 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 119.00

---

**3.9** Nonpriority creditor's name and mailing address

Halstead Quinn
PO Box 1044

Mt. Kisco, NY, 10549

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 713.43

---

**3.10** Nonpriority creditor's name and mailing address

Halstead Quinn
PO Box 1044

mount Kisco, NY, 10549

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,263.19

---

**3.11** Nonpriority creditor's name and mailing address

JP McHale Pest Management, Inc.
PO Box 98

Montrose, NY, 10548

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 375.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Marshall Alarm Systems, Inc.
1767 Front Street

Yorktown Heights, NY, 10598

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,249.00

---

**3.13** Nonpriority creditor's name and mailing address

Mary Ivanyi
101 Fairway Green
Mamaroneck, NY, 10543

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 121,042.00

---

**3.14** Nonpriority creditor's name and mailing address

NRL Fire Protection Services, Inc.
PO Box 194

Monroe, CT, 6468

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 403.50

---

**3.15** Nonpriority creditor's name and mailing address

NYSEG
PO Box 5600

Ithaca, NY, 14852-5600

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.16** Nonpriority creditor's name and mailing address

Optimum Cable
PO BOX 742698

Cincinnati, OH, 45274-2698

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,310.49

Debtor _____Soundview Preparatory School_____   Case number (if known)_____
             Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17** | **Nonpriority creditor's name and mailing address**

ReadyRefresh by Nestle
PO Box 856192

louisville, KY, 40285-6192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,335.65

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.18** | **Nonpriority creditor's name and mailing address**

Robison Oil
55 South Main Street
4th Floor
port chester, NY, 10573

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 565.12

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.19** | **Nonpriority creditor's name and mailing address**

Silvio. R. J. Landscaping Inc.
PO Box 337

Mount Kisco, NY, 10549

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,800.00

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.20** | **Nonpriority creditor's name and mailing address**

Sprague Energy Solutions
PO Box 5272
Attn: Service Invoices
new York, NY, 10008-5272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 12,456.00

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.21** | **Nonpriority creditor's name and mailing address**

Town of Yorktown Bldg Dept
363 Underhill Avenue

Yorktown Heights, NY, 10598

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor  Soundview Preparatory School                                    Case number (if known)
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 22  **Nonpriority creditor's name and mailing address**

Town of Yorktown Engineering Dept.
363 Underhill Avenue

Yorktown, NY, 10598

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23  **Nonpriority creditor's name and mailing address**

W. Glyn Hearn
173 Maple Street

Croton On Hudson, NY, 10520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24  **Nonpriority creditor's name and mailing address**

WB Mason Co., Inc.
PO BOX 981101

Boston, MA, 02298-1101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$** 2,086.91

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___Soundview Preparatory School___   Case number *(if known)*_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Caine & Weiner<br>Attn: David Hill<br>1699 East Woodfield Road #360<br>Schaumburg, IL, 60173 | Line _3.5_<br>☐   Not listed. Explain: | 9810 |
| 4.2. | Hilpert Law Offices<br>75 South Riverside Avenue<br>Croton On Hudson, NY, 10520 | Line _3.23_<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor ___Soundview Preparatory School_____     Case number (if known)_____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 381,362.88 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 206,480.59 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 587,843.47 |

**Fill in this information to identify the case:**

Debtor name _Soundview Preparatory School_

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _____   Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract: Tom Curley, Head of School | Tom Curley |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Canon Copier Lessee | Canon Financial Services Inc. c/o Caine & Weiner 1699 East Woodfield Road #360 Schaumburg, IL, 60173 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Severance | Mary Ivanyi 101 Fairway Green Mamaroneck, NY, 10543 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Real Property Contract of Sale | Unicorn Contracting 10 Julia Lane Cold Spring, NY, 10516 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | W. Glyn Hearn 173 Maple Street Croton On Hudson, NY, 10520 |
| | State the term remaining | June 30, 2022 | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Soundview Preparatory School

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):  _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Soundview Preparatory School___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/19/2020___          ✘ /s/ Kelly Fairweather

        MM / DD / YYYY          Signature of individual signing on behalf of debtor

                          Kelly Fairweather

                          Printed name

                          Chair of the Board of Trustees

                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ____Soundview Preparatory School_____

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM / DD / YYYY | to | Filing date | | ☐ Operating a business<br>☑ Other | $ _____0.00 |
| **For prior year:** | From 07/01/2019<br>MM / DD / YYYY | to | 01/31/2020<br>MM / DD / YYYY | | ☐ Operating a business<br>☐ Other | $ _____1,694,755.00 |
| **For the year before that:** | From 07/01/2018<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | | ☐ Operating a business<br>☐ Other | $ _____2,011,792.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM / DD / YYYY | to | Filing date | | Sale of Miscellaneous Assets | $ _____9,520.00 |
| **For prior year:** | From 07/01/2019<br>MM / DD / YYYY | to | 01/31/2020<br>MM / DD / YYYY | | _____ | $ _____0.00 |
| **For the year before that:** | From 07/01/2018<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | | _____ | $ _____0.00 |

| Debtor | Soundview Preparatory School | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br><br>_____<br><br>_____<br><br>_____ | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br><br>_____<br><br>_____<br><br>_____ | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | |

Debtor    Soundview Preparatory School
_____    Case number *(if known)*_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| Part 3: | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>**Case number**<br><br>_____ | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. _____<br><br>**Case number**<br><br>_____ | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Soundview Preparatory School
_____    Case number *(if known)*_____
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | Name | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor     Soundview Preparatory School _____     Case number (if known)_____
                   Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kirby Aisner & Curley LLP | Legal Fees | 8/12/2020 | $ 5,000.00 |
|  | **Address** |  |  |  |
|  | 700 Post Road<br>Suite 237<br>Scarsdale, NY 10583 |  |  |  |
|  | **Email or website address**<br>www.kacllp.com |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Kirby Aisner & Curley LLP | Legal Fees | 08/03/2020 | $ 12,717.00 |
|  | **Address**<br>700 Post Road<br>Suite 237<br>Scarsdale, NY 10583 |  |  |  |
|  | **Email or website address**<br>www.kacllp.com |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  | $_____ |
| **Trustee** |  |  |  |

Debtor   Soundview Preparatory School                                    Case number *(if known)*_____
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Mark Jacobs | See attached list | 06/30/2020 | $ 5,000.00 |
| | **Address** Longview School | | | |
| | **Relationship to debtor** | | | |
| 13.2. | Frank Snyder | School Chairs, Banquet Tables, Picnic Tables, White Boards, Water Coolers and Lockers | 06/23/2020 | $ 2,000.00 |
| | **Address** San Miguel Academy 245 Renwick Street Newburgh, NY 12550 | | | |
| | **Relationship to debtor** None | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Debtor | Soundview Preparatory School | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 403(b) TIAA  2 Plans - 1TDA; 1DCP | EIN: _____ |

Has the plan been terminated?

☑ No

☐ Yes

Debtor   Soundview Preparatory School_____   Case number (if known)_____
         Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Putnam County Bank<br>Name | XXXX–_____ | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 01/01/2020 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor  Soundview Preparatory School _____   Case number (*if known*)_____
        Name

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor   Soundview Preparatory School                        Case number (*if known*)_____
         Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |

---

Debtor    Soundview Preparatory School        Case number *(if known)*_____
<u>Name</u>

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   James J. Reilly and Dan Doremus,<br><u>Name</u><br>Condon O'Meara MAcGinty & Donnelly LLP, One Battery Park Plaza, 7th Floor, New York, NY 10004 | From _____<br><br>To _____ |
| 26a.2.   _____<br><u>Name</u> | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   _____<br><u>Name</u> | From _____<br><br>To _____ |
| 26b.2.   _____<br><u>Name</u> | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   _____<br><u>Name</u> | |

---

Debtor   Soundview Preparatory School                                    Case number *(if known)*_____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ <br> Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ <br> Name |

| Name and address |
|---|
| 26d.2. _____ <br> Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name |

Debtor    Soundview Preparatory School
_____    Case number (if known)_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kelly Fairweather | 247 Wood Street, Mahopac, NY 10541 | Board of Trustees | 0.00 |
| Jeffrey Silva | 24 Putney Road, Baldwin Place, NY 10505 | Board of Trustees | |
| Gregory Roberts | 269 Bryant Avenue, White Plains, NY 10605 | Board of Trustees | |
| Linda Holden-Bryant | 70 Undercliff Street, Yonkers, NY 10705 | Board of Trustees | |
| Stuart Vance | 599 Manville Road, Pleasantville, NY 10570 | Board of Trustees | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Tom Curley | 19,014.04 | _____ | Salary: $15,208.34 per month for July 2019 - January 2020 $2,500.00 per month for February 2020 - May 2020. |
| Name 55 East Street South Salem, NY 10590 | | _____ | |
| **Relationship to debtor** | | _____ | |
| Head of School | | _____ | |

Debtor   Soundview Preparatory School
Name

Case number (if known)_____

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| Name | | |
| | | |
| | | |
| | | |
| Relationship to debtor | | |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 403(b) TIAA  2 Plans - 1TDA; 1DCP | EIN: _____ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/19/2020
MM  / DD  / YYYY

✖ /s/ Kelly Fairweather

Signature of individual signing on behalf of the debtor

Printed name   Kelly Fairweather

Position or relationship to debtor   Chair of the Board of Trustees

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

| Debtor Name | Soundview Preparatory School | Case number *(if known)* |
|---|---|---|

### Continuation Sheet for Official Form 207

**11) Payments related to bankruptcy**

Kirby Aisner & Curley LLP   700 Post Road Suite 237,    $2,500.00
                            Scarsdale, NY 10583

**13) Transfers not already listed on this statement**

Transferee: Andrea Ayala Flores

9 Rochambeau Drive, Apt. 9F, Yorktown Heights, NY 10598

Date of Transfer: 05/14/2020

Description: 2 Bookcases

Value: $70.00

---

Transferee: Alex Smith

Date of Transfer: 05/05/2020

Description: Audio Interface Zoom, ADAT Expander, Ibane Bass Guitar,
Microphone Stands, MXL Voice Microphone and Baffle

Value: $630.00

---

Transferee: David Go

525 Copper Square Dr., Bethel, CT 06801

Date of Transfer: 05/03/2020

Description: Electric Piano, Yamaha Keyboard, Music Stand and Alesis Keyboard

Value: $1,020.00

---

Transferee: Tom and Nina Curley

Date of Transfer: 08/01/2020

Description: $800

Value: $800.00

---

**28) Additional people in control of the debtor at the time of the filing of this case**

James Cooper                32 Stiles Lane,

Debtor Name    Soundview Preparatory School                                    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**Greenwich, CT 06831**

**David Hartheimer                48 Seneca Street, Dobbs
                                  Ferry, NY 10522**

United States Bankruptcy Court

Southern District of New York

In re:  Soundview Preparatory School

Case No.

Chapter    11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____08/19/2020_____

/s/ Kelly Fairweather
_____
Signature of Individual signing on behalf of debtor

Chair of the Board of Trustees
_____
Position or relationship to debtor

ADP Payroll Service
1266 E. Main Street
Stamford, CT 06902

Andrea Ayala Flores
9 Rochambeau Drive, Apt. 9F
Yorktown Heights, NY 10598

Andy Neuberger
44 Old Roaring Brook Road
Mt. Kisco, NY 10549

Ann Marie & Robert B. Alonzi
5 Scott Lane
Greenwich, CT 06831

Ava & Benjamin Kahr
22 Western Drive
Ardsley, NY 10502

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

Bank of America
343 Main Street
Danbury, CT 06810

Bonnie & Scott Silver
64 Sprucetop Drive
Mahopac, NY 10541-7002

Bronx Design Group
2914 Westchester Avenue
Bronx, NY 10461

Buchanan Ingersoll & Rooney PC
501 Grant Street, Ste 200
Attn: Christopher Schueller, Esq.
Pittsburgh, PA 15219-4413

Caine & Weiner
Attn: David Hill
1699 East Woodfield Road #360
Schaumburg, IL 60173

Canon Financial Services Inc.
c/o Caine & Weiner
1699 East Woodfield Road #360
Schaumburg, IL 60173

Canon Financial Services, Inc.
13824 Collection Center Drive
Chicago, IL 60693-0138

Canon Solutions America, Inc.
15004 Collections Center Drive
Chicago, IL 60693-0150

Christina Lai & Craig Elkind
58 Close Road
Greenwich, CT 6831

Christine & Barry Edelman
2370 Sherry Drive
Yorktown Heights, NY 10598

Cindy J Cassuto
64 Morningside Drive
Ossining, NY 10562

Cintas Corporation #781
LOC 781
PO Box 630803
cincinnati, OH 45263-0803

College Board
12192 Collection Center Drive
Chicago, IL 60693

County of Westchester Industrial Development
148 Martine Avenue
Room 903
White Plains, NY 10601

Craig Colavito
21 Maples Avenue
Chappaqua, NY 10514

Danielle & Eric Barr
2273 Sultana Drive
Yorktown Heights, NY 10598

Deborah & James Notis
12 Vista Court
Pleasantville, NY 10570

Diane Cassara-Smith
7 Carriage Court
Scarsdale, NY 10583

Elizabeth Mallon & Gerard Buckley
100 Austin Road
Mahopac, NY 10541

Gale & R. George Roberts
269 Bryant Avenue
White Plains, NY 10605

Gennifer Birnbach & Philippe Hoffman
533 Saw Mill River Road
Yorktown Heights, NY 10598

Halstead Quinn
PO Box 1044
Mt. Kisco, NY 10549

Halstead Quinn
PO Box 1044
mount Kisco, NY 10549

Hilpert Law Offices
75 South Riverside Avenue
Croton On Hudson, NY 10520

Hsiao-Li Chou & John Kaufman
6 Hudson Terrace
Dobbs Ferry, NY 10522-2104

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

John McArthur
520 N. Terrace Avenue Unit 1L
Mount Vernon, NY 10552

JP McHale Pest Management, Inc.
PO Box 98
Montrose, NY 10548

Katrine Bangsgaard  & William Kline Jr.

1109 Davenport Lane
Yorktown Heights, NY 10598

Kimberly Panzanaro
1480 Riverview Avenue
Peekskill, NY 10566-4811

Kimberly Panzanaro
1480 Riverview Avenue
Peekskill, NY 10566

Linda Holden-Bryant & Jay Bryant
70 Undercliff Street
Yonkers, NY 10706

Lisa A. Cardile
42 Hunt Farm Road
Waccabuck, NY 10597-1102

Madeleine Glick
22 Berrybush Lane
Hastings on Hudson, NY 10706

Marie-Claire & Michael Flynn
127 Harwood Avenue
Sleepy Hollow, NY 10591

Marshall Alarm Systems, Inc.
1767 Front Street
Yorktown Heights, NY 10598

Mary Ivanyi
101 Fairway Green
Mamaroneck, NY 10543

Melanie & Anthony Sindaco
2754 Old Yorktown Road
Yorktown Heights, NY 10598

Melissa Molina
3985 Gouverneur Ave. Apt. F
Bronx, NY 10463

Michael Curti, Esq.
Harris Beach PLLC
445 Hamilton Avenue
White Plains, NY 10601

Michael Lubin
53 Carthage Road
Scarsdale, NY 10583

Molly Weddinf & John Pretnar
1780 Strawberry Road
Mohegan Lake, NY 10547

Molly Wedding & Jon Pretnar
1780 Strawberry Road
Mohegan Lake, NY 10547

Mr. & Mrs. Siegfried York Ast
217 South Buckhout Street
Irvington, NY 10533

NRL Fire Protection Services, Inc.
PO Box 194
Monroe, CT 6468

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYSEG
PO Box 5600
Ithaca, NY 14852-5600

Olga and Norman Steiner
1518 Washington Street
Cortlandt Manor, NY 10567

Optimum Cable
PO BOX 742698
Cincinnati, OH 45274-2698

Rachel & Jeffrey Silva
24 Putney Road
Baldwin Place, NY 10505

ReadyRefresh by Nestle
PO Box 856192
louisville, KY 40285-6192

Robison Oil
55 South Main Street
4th Floor
port chester, NY 10573

Rosaria & John Iannacito
11 Gainsborough Road
Scarsdale, NY 10563-4811

Sandra Giorno-Tocco, AAG
Office of the NYS Attorney General
44 South Broadway, 5th Floor
White Plains, NY 10601

Shandizet & Kenny Lopez
3483 Old Compond Road
Yorktown Heights, NY 10598

Silvio. R. J. Landscaping Inc.
PO Box 337
Mount Kisco, NY 10549

Sprague Energy Solutions
PO Box 5272
Attn: Service Invoices
new York, NY 10008-5272

Stacy DeBonis & John Giordano
3 Thorne Place
Rye, NY 10580

Tom Curley
55 East Street
South Salem, NY 10590

Tom Curley

Town of Yorktown - Water Bill
Yorktown Heights, NY 10598

Town of Yorktown Bldg Dept
363 Underhill Avenue
Yorktown Heights, NY 10598

Town of Yorktown Engineering Dept.
363 Underhill Avenue
Yorktown, NY 10598

Town of Yorktown Receiver of Taxes
PO Box 703
Yorktown Heights, NY 10598

Unicorn Contracting
10 Julia Lane
Cold Spring, NY 10516

Vanessa Wassenar
134 Wayforest Drive
Venice, FL 34292

W. Glyn Hearn
173 Maple Street
Croton On Hudson, NY 10520

WB Mason Co., Inc.
PO BOX 981101
Boston, MA 02298-1101

# United States Bankruptcy Court

---

Southern District of New York

---

**In re** Soundview Preparatory School

Case No. _____

**Debtor**

Chapter <u>11</u>_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $<u>5,000.00</u>

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $<u>350.00</u>

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.  [Other provisions as needed]

The professional services Kirby Aisner & Curley LLP will render to the Debtor include the following:

a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.

b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.

c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor?s protection from its creditors under Chapter 11 of the Bankruptcy Code.

d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.

e. To attend meetings and negotiate with representatives of creditors and other parties in interest.

f. To advise the Debtor in connection with any potential sale of the business.

g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.

h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.

i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtor?s estate and to promote the best interests of the Debtor, its creditors and its estate.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/19/2020

*Date*

/s/ Erica Aisner, 4106084

*Signature of Attorney*

Kirby Aisner & Curley LLP

*Name of law firm*

700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9500
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

SOUNDVIEW PREPARATORY SCHOOL

                               Chapter 11
                               Case No.: 20-

                      Debtor.
------------------------------------------------------------------X

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

     I, Kelly Fairweather, declare under penalty of perjury that I am the  Chair of the Board of Trustees of Soundview Preparatory School, and that the following is a true and correct copy of the resolutions adopted by the Board of Trustees of said corporation at a special meeting duly called and held telephonically on July 17, 2020 at 10:00 a.m. The meeting was attended by all but one member of the Board of Trustees, all of those trustees voted unanimously in favor of the following resolutions.

     "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

     Be It Therefore Resolved that Kelly Fairweather, Chair of the Board of Trustees, of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

     Be It Further Resolved, that Kelly Fairweather, Chair of the Board of Trustees, of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

     Be It Further Resolved that Kelly Fairweather, Chair of the Board of Trustees, of this corporation is authorized and directed to employ Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Dated: Yorktown, New York
       August 19, 2020

                      SOUNDVIEW PREPARATORY SCHOOL

                      By: _____
                             Kelly Fairweather
                             Chair of the Board of Trustees

### Resolution of Board of Trustees
#### of
### SOUNDVIEW PREPARATORY SCHOOL

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Kelly Fairweather, Chair of the Board of Trustees, of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Kelly Fairweather, Chair of the Board of Trustees, of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Kelly Fairweather, Chair of the Board of Trustees, of this corporation is authorized and directed to employ Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Dated: Yorktown, New York
     August 19, 2020

By: _____
        Kelly Fairweather
        Chair of the Board of Trustees