UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

SOUNDVIEW PREPARATORY SCHOOL,

Debtor.
---------------------------------------------------------------X

Chapter 11 (Subchapter V)
Case No. 20-22948 (RDD)
Post-Confirmation

## ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR KIRBY AISNER & CURLEY LLP AND HEIDI J. SORVINO

Upon consideration of the Applications for Allowance of Final Compensation and Reimbursement of Expenses (together, the "Applications") under 11 U.S.C. § 330 for professional services rendered and expenses incurred during this chapter 11 case by counsel for the debtor and debtor in possession herein and by the Subchapter V trustee; and a hearing having been held before this Court to consider the Applications on January 13, 2021; and due notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby

**ORDERED**, that the Applications are granted to the extent set forth in the attached Schedules A and B.

Dated: White Plains, New York
January 15, 2021

*/s/ Robert D. Drain*
United States Bankruptcy Judge

Case No.: 20-22948(rdd)        **CURRENT FEE PERIOD**        Schedule A
Case Name: Soundview Preparatory School

| (1) Applicant | (2) Date/Document Number of Application | (3) Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Kirby Aisner & Curley LLP *Counsel to the Debtor* | 12/22/2020 Doc No. 57 Supp: 1/11/2021 Doc No. 61 | $29,448.00 | $29,448.00 | $29,448.00[1] | N/A | $29,448.00 | $4,812.36 | $4,812.36 |
| Heidi J. Sorvino *Subchapter V Trustee* | 12/22/2020 Doc No. 58 | $15,000.00 | $15,000.00 | $15,000.00 | N/A | $15,000.00 | $179.83 | $179.83 |

Date Order Signed:    1/15/2021                       Initials:   RDD   USBJ

---

[1] Before application of a remaining prepetition retainer in the amount of $6,717.00,.

Case No.: 20-22948(rdd)  **ALL FEE PERIODS**  Schedule B
Case Name: Soundview Preparatory School

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Kirby Aisner & Curley LLP *Counsel to the Debtor* | $29,448.00 | $29,448.00[2] | $4,812.36 | $4,812.36 |
| Heidi J. Sorvino *Subchapter V Trustee* | $15,000.00 | $15,000.00 | $179.83 | $179.83 |

Date Order Signed: 1/15/2021                Initials: RDD USBJ

---

[2] Before application of a remaining pre-petition retainer in the amount of $6,717.00.